THE WEST SIDE SAVINGS BANK, Respondent, *v.* ISAAC NEWTON, Appellant.

(Argued February 6, 1879 ; decided March 18, 1879.)

THIS was an action upon a guaranty of performance on the part of the defendant of the covenants of a lease of a portion of plaintiff's bank building.

The blank form used for the lease contained a covenant on the part of the tenant to keep the water pipes in repair ; this was stricken out before the lease was executed. The water pipes became out of repair, and plaintiff's cashier, who had done all the business on its part in respect to leasing the premises, and to whom the lessee was referred by plaintiff's officers about matters connected with the lease, turned off the water from all except the basement of the demised premises, because the pipes were out of repair, and positively prohibited the lessee from turning it on again, in consequence of which she left the premises. *Held*, that the use of the water was a privilege or easement which constituted a part of the demised premises ; that under the lease as executed and the circumstances of the case it was plaintiff's duty to put and keep the water pipes in repair, especially that part of them immediately connected with the rooms used by plaintiff ; that plaintiff was bound by the acts of its cashier, which in effect deprived the lessee of the use of the water for nearly all of the demised premises, and having so done, it could not recover the rent beyond the time said premises were actually occupied.

*Samuel Hand* and *Ira Shaffer* for appellant.

*Samuel H. Valentine* for respondent.

*Per Curiam* opinion for reversal and new trial.
All concur.
Judgment reversed.